LENNON, MURPHY & LENNON LLC
Attorneys for Plaintiff
KOLMAR GROUP AG
Patrick F. Lennon
Kevin J. Lennon
The GrayBar Building
420 Lexington Avenue, Suite 300
New York, NY 10170
(212) 490-6050 - phone
(212) 490-6070 - facsimile



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE KAPLAN

07 CV 10343

-------------------------------------------------------X

KOLMAR GROUP AG,                          :

             Plaintiff,                 :

    - against -                                :

                            **ECF CASE**

TRAXPO ENTERPRISES PRIVATE        :
LIMITED a/k/a TRAXPO ENTERPRISES  :
PVT LTD.                                   :

             Defendant.                :

-------------------------------------------------------X

## VERIFIED COMPLAINT

Plaintiff, KOLMAR GROUP AG. (hereinafter referred to as "KOLMAR" or "Plaintiff"),

by and through its attorneys, Lennon, Murphy & Lennon LLC, as and for its Verified Complaint

against the Defendant, TRAXPO ENTERPRISES PRIVATE LIMITED a/k/a TRAXPO

ENTERPRISES PVT LTD. (hereinafter referred to as "TRAXPO" or Defendant) alleges, upon

information and belief, as follows:

1.      This is an admiralty and maritime claim within the meaning of Rule 9(h) of the

Federal Rules of Civil Procedure and 28 United States Code § 1333. Jurisdiction over this

matter is also present pursuant to this Court's federal question jurisdiction, 28 United States

Code § 1331.

2.     At all times material to this action, Plaintiff was, and still is, a foreign company duly organized and operating under the laws of Switzerland.

3.     Upon information and belief, Defendant TRAXPO was, and still is, a foreign corporation or other business entity organized under and existing by virtue of foreign law, with a place of business in Calcutta, India.

4.     By a sales contract dated August 27, 2007, and any amendments thereafter, KOLMAR purchased a quantity of 15,000 - 18,000 metric tons of methanol (hereinafter referred to as "cargo") from TRAXPO. The sales contract at clause (9) "Maritime Conditions" defined the rights and obligations of the parties concerning laytime and demurrage[1] and incorporated by reference the Asbatankvoy standard form charter party. The sales contract at clause (14), entitled "Jurisdiction," required the parties to submit to the jurisdiction of the High Court of London without recourse to arbitration. A copy of the sales contract is attached hereto as Exhibit 1.

5.     KOLMAR chartered the M/V "Fairchem Mustang" from non-party Fairfield Chemical Carriers to carry the cargo from the loadport of Kandla, India to the discharge port(s) of Houston and/or New Orleans, United States.

6.     The terms of the M/V "Fairchem Mustang" charter party provided that KOLMAR would be liable for demurrage at the rate of $20,000 per day, pro rata for delay in loading the cargo beyond the agreed upon laytime. Defendant TRAXPO materially breached the sales contract, specifically including but not limited to the maritime conditions set forth therein (including the terms of the Asbatankvoy charter party form incorporated therein), in that it failed to provide the minimum cargo specified in the sales contract, failed to timely supply cargo to the vessel, failed to provide cargo within the specifications called for in the contract and otherwise

---

[1] Demurrage is a liquidated damage for delay set forth in a charter party that requires a charterer to pay to owner when the vessel is prevented from the loading or discharging of cargo within the stipulated laytime (i.e., the maximum time permitted in the charter party for cargo operations)

2

delayed the timely loading of the vessel, KOLMAR incurred $381,101.40 in demurrage to non-party Fairfield Chemical Carriers. Such demurrage is for TRAXPO's account.

7.    On or about October 22, 2007 KOLMAR served TRAXPO with its demurrage claim. A copy of the demurrage claim is attached hereto as Exhibit 2.

8.    By way of TRAXPO's breach of the sales contract KOLMAR also incurred costs for the shifting of the M/V "Fairfield Mustang" from the loading berth to a layberth while TRAXPO was arranging for cargo to be delivered to the vessel. The shifting expenses were $5,162.33 as per the communication received from agents for Fairfield Chemical Carriers. A copy of the communication evidencing the shifting expenses is attached hereto as Exhibit 3.

9.    By way of TRAXPO's breach of the sales contract KOLMAR also incurred deadfreight[2] to Fairfield Chemical Carriers due to TRAXPO's failure to deliver a minimum of 18,000 metric tons of cargo for loading aboard the M/V "Fairfield Mustang." KOLMAR was obligated to provide a minimum of 17,500 metric tons of cargo under its charter party with Fairfield Chemical Carriers but TRAXPO was able to deliver only 17,273.743 metric tons to the vessel thereby creating a shortfall of 226.257 metric tons at the charter party rate of $73 per metric tons. KOLMAR has thus incurred deadfreight of $16,516.76. Such deadfreight is for TRAXPO's account. A copy of Fairfield Chemical Carrier's freight invoice issued to TRAXPO is attached hereto as Exhibit 4.

10.    As a result of TRAXPO's aforesaid breaches of the sales contract, KOLMAR has sustained damages in the total principal amount of $402,780.49, exclusive of litigation costs and attorneys' fees.

---

[2] Deadfreight is a liquidated damage payable by the charterer, or shipper, of cargo to the vessel owner for the failure, or inability, to load the cargo quantity agreed in the charter party. The amount owed being equivalent to the owner's loss of freight due to the cargo quantity not being loaded as agreed in the charter party.

3

11.     The aforesaid sales contract provides that disputes will be adjudicated in the High
Court of London with English law to apply. KOLMAR is preparing to commence an action in
the High Court of London and expressly reserves its rights to litigate against TRAXPO in the
High Court of London as per the sales contract.

12.     Interest, costs and attorneys' fees are routinely awarded to the prevailing party in
actions brought in the High Court of London applying English law. As best as can now be
estimated, Plaintiff expects to recover the following amounts:

| | | | |
|---|---|---|---|
| A. | On the principal claim: | | $402,780.49; |
| | [Demurrage:<br>[Shifting expenses:<br>[Deadfreight | $381,101.40]<br>$  5,162.33]<br>$ 16,516.76] | |
| B. | 3 years of interest at 7.5% per annum: | | $138,038.34; |
| C. | Legal costs: | | $  50,000; and |
| D. | Legal fees: | | $ 200,000. |
| **Total:** | | | **$790,081.83.** |

13.     Upon information and belief and following a good faith investigation, Plaintiff
avers that the Defendant cannot be found within this District within the meaning of
Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal
Rules of Civil Procedure, but, upon information and belief, Defendant has, or will have during
the pendency of this action, assets within this District and subject to the jurisdiction of this Court,
held in the hands of garnishees within the District which are believed to be due and owing to the
Defendant.

14.   The Plaintiff seeks an order from this court directing the Clerk of Court to issue Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, attaching, *inter alia*, any assets of the Defendant held by any garnishee(s) within the District for the purpose of obtaining personal jurisdiction over the Defendant, and to secure the Plaintiff's claim as described above.

15.   The Plaintiff also seeks an Order from this Court recognizing, confirming and enforcing any forthcoming English judgment entered in Plaintiff's favor.

**WHEREFORE**, Plaintiff prays:

A.   That process in due form of law issue against the Defendant, citing it to appear and answer under oath all and singular the matters alleged in the Complaint, failing which default judgment be entered against it in the sum of $790,818.83;

B.   That since the Defendant cannot be found within this District pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, this Court issue an Order directing the Clerk of Court to issue Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims attaching all goods, chattels, credits, letters of credit, bills of lading, effects, debts and monies, tangible or intangible, or any other funds up to the amount of **$790,818.83** belonging to, due or being transferred to, from, or for the benefit of the Defendant, including, but not limited to, such property as may be held, received or transferred in Defendant's name, or as may be held, received or transferred for its benefit at, moving through, or within the possession, custody or control of banking/financial institutions and/or other institutions or such other garnishes to be named, and that all persons claiming any interest in the same be cited to appear and pursuant to Supplemental Admiralty Rule B answer the matters alleged in the Complaint;

C.      That that this Court recognize, confirm and enforce an English judgment(s) entered in Plaintiff's favor;

D.      That this Court retain jurisdiction over this matter through the entry of any judgment or award associated with any of the claims currently pending, or which may be initiated in the future, including any appeals thereof;

E.      That this Court award Plaintiff the attorneys' fees and costs incurred in this action; and

F.      That the Plaintiff has such other, further and different relief as the Court may deem just and proper.

Dated: Southport, CT
       November 15, 2007

                              The Plaintiff,
                              KOLMAR GROUP AG

                              By: _____
                                  Patrick F. Lennon (PL-2162)
                                  Kevin J. Lennon (KL-5072)
                                  Charles E. Murphy (CM -2125)
                                  LENNON, MURPHY & LENNON, LLC
                                  The Gray Bar Building
                                  420 Lexington Ave., Suite 300
                                  New York, NY 10170
                                  Phone (212) 490-6050
                                  Fax (212) 490-6070
                                  pfl@lenmur.com
                                  kjl@lenmur.com
                                  cem@lenmur.com

6

## ATTORNEY'S VERIFICATION

State of Connecticut  )
                      )    ss.:    Town of Southport
County of Fairfield   )

1.   My name is Patrick F. Lennon;

2.   I am over 18 years of age, of sound mind, capable of making this

Verification, and fully competent to testify to all matters stated herein.

3.   I am a partner in the firm of Lennon, Murphy & Lennon, LLC, attorneys for the

Plaintiff.

4.   I have read the foregoing Verified Complaint and know the contents

thereof and believe the same to be true and accurate to the best of my knowledge, information

and belief.

5.   The reason why this Verification is being made by the deponent and not

by the Plaintiff is that the Plaintiff is a business organization with no officers or directors now

within this District.

6.   The source of my knowledge and the grounds for my belief are the

statements made, and the documents and information received from, the Plaintiff and agents

and/or representatives of the Plaintiff.

7.   I am authorized to make this Verification on behalf of the Plaintiff.

Dated:    Southport, CT
          November 15, 2007

                                              Patrick F. Lennon

7

# EXHIBIT 1



Kolmar Group AG
Laubehof, Metallstrasse 9, 6300 Zug / Switzerland
Tel. +41 41 727 57 00 Fax +41 41 727 57 01

## FACSIMILE TRANSMISSION

| | |
|---|---|
| **To** | **Traxpo Enterprises Pvt Ltd** |
| **Attn** | Mr. S.K. Tapuriah |
| **Fax** | + (91) 22 5631 1502 |
| | |
| **Cc** | **Meteor Kolkata** |
| **Attn** | Tara John |
| | |
| **Date** | 27th August 2007 |
| | |
| **No. of pages** | - 4 - (including cover page) |

---

**Kolmar's Purchase of 15,000 – 20,000 Metric Tons, Methanol
Our Ref. 2006872**

---

We are pleased to confirm the following purchase transaction concluded with your
company on 27th August 2007:

**Methanol / Purchase Contract No: 2006872**

1) **Seller**
   Traxpo Enterprises Pvt Ltd
   Tapuriah House
   42/1 Strand Road
   Calcutta 700 007
   India
   Fax: + (91) 22 5631 1502

2) **Buyer**
   Kolmar Group AG
   Laubehof, Metallstrasse 9
   6300 Zug
   Switzerland
   Tel: + (41) 41 727 5700
   Fax: + (41) 41 727 5701
   E-Mail: operations@kolmargroup.com

1



3) **Description**
Methanol in accordance to IMCA specifications

| Appearance | | Clear and free of suspended matter |
|---|---|---|
| Purity % WT on dry basis | | Min. 99,85 |
| Acetone | Mg/Kg | Max 30 |
| Color PT-CO | | Max 5 |
| Water % W/W | | Max 0.1 |
| Distillation range at 760mm Hg | | Max 1,0 °C |
| Specific gravity 20° / 20° | | 0,791-0,793 |
| Potassium permanganate Time test at °15 C, minute | | Minimum 60 |
| Ethanol | Mg/Kg | Max 50 |
| Chloride as CI | Mg/Kg | Max 0,5 |
| Sulfur | Mg/Kg | Max 0,5 |
| Hydrocarbons | | Pass test |
| Carbonisable Substances (Sulpharic Acid Wash Test) Pt-Co Scale | | Max 30 |
| Acidity as Acetic Acid | Mg/Kg | Max 30 |
| Total Iron | Mg/Kg | Max 0,1 |
| Non Volatile matter | Mg/1000ml | Max 8 |

4) **Quantity**
15,000 – 20,000 Metric Tons, plus/minus 5 percent in Buyer's option. Quantity option to be declared by Buyer on 27th August 2007 close of Business London time.

5) **Price**
United States Dollars 255.00 per Metric Ton. Price for Additional 5,000 Metric Tons will be 265.00 per Metric Ton.

6) **Delivery Terms**
FOB Kandla, (IN). Buyer will be shipper of record and cause Bills of Lading to be issued.

7) **Delivery Time**
For shipment within September 2007

8) **Payment Terms**
At sight against Irrevocable Documentary Letter of Credit, payable against presentation of the following documents:

- Commercial Invoice.

2



- Certificate of Quantity issued by independent surveyor, based on shore tank measurements taken immediately prior and immediately after completion of loading of vessel.

- Certificate of Quality issued by independent surveyor, evidencing that the material is in accordance with the specifications mentioned in this contract, based on samples taken immediately before loading at shore tank.

- Certificate of Origin issued by Local Chamber of Commerce certificate.

- Original signed confirmation by Master of carrying vessel certifying receipt of two sealed samples of material.

- 3/3 original Full set of charter Party Bills of Lading

### 9) Maritime Conditions

Laytime to commence 6 (six) hours from tendering of Notice of Readiness or when vessel is all fast at berth, whichever occurs first. Laytime allowed (period or rate) and demurrage rate to be agreed upon vessel nomination. All other maritime conditions to be in accordance with Asbatankvoy Charter Party form. In case of barge lifting, barge terms to apply.

### 10) Title and Risk

To pass from Seller to Buyer at load-port as material passes the incoming flange of Buyer's vessel.

### 11) Origin

Qatar and Russia

### 12) Inspection

By an independent surveyor at loading port whose findings for quantity, quality and vessel's cleanliness shall be final and binding for both parties.

### 13) Governing Law

This contract shall be governed and construed in accordance with the laws of England (without reference to any conflict of law rules). The United Nations Convention on Contracts for the International Sale of Goods shall not apply to this contract.

### 14) Jurisdiction

Each party expressly submits to the jurisdiction of the High Court of London without recourse to arbitration.

### 15) Force Majeure

Neither Seller nor Buyer shall be liable in damages or otherwise for any failure or delay in performance of any obligation hereunder other than obligation to make payment, where such failure or delay is caused by force majeure, being any event, occurrence or circumstance reasonably beyond the control of that party, including without prejudice to the generality of the foregoing, failure or delay caused by or

3



resulting from acts of god, strikes, fires, floods, wars (whether declared or undeclared), riots, destruction of material, delays of carriers due to breakdown or adverse weather, perils of the seas, embargoes, accidents, restrictions imposed by any governmental authority (including allocations, priorities, requisitions, quotas and price controls). The time of Seller to make or Buyer to receive delivery hereunder shall be extended during any period in which delivery shall be delayed or prevented by reason of any delivery hereunder shall be so delayed or prevented for more than 60 (sixty) days, either party may terminate this contract with respect to such delivery upon written notice to the other party.

**16) Assignment**
Neither Seller nor Buyer shall assign the whole or any part of its rights and obligations hereunder without prior written consent of the other party.

**Other Conditions**
Where not in conflict with the other conditions of this contract, Incoterms 2000 to apply including subsequent amendments as applicable on the date of shipment.

**Entire Agreement**
Notwithstanding anything contained in any other agreement to the contrary, this agreement contains the entire agreement between the parties with respect of the subject matter hereof and all proposals, negotiations and representations relating thereto are merged herein.

All terms and other elements of this contract are to be kept private and confidential by all parties concerned.

Operational Contacts:
Mrs. Dominique Meyer
Tel: + (41) 41 727 5729
Fax: + (41) 41 727 5701
E-mail: operations@kolmargroup.com

We are pleased to have been able to conclude this transaction with your company.

Kind Regards,

**KOLMAR GROUP AG**

4





**Kolmar**

Kolmar Group AG
Laubehof, Metallstrasse 9, 6300 Zug / Switzerland
Tel. +41 41 727 57 00  Fax  +41 41 727 57 01

## FACSIMILE TRANSMISSION

| | |
|---|---|
| **To** | **Traxpo Enterprises Pvt Ltd** |
| **Attn** | Mr. S.K. Tapuriah |
| **Fax** | ÷ (91) 22 5631 1502 |
| **Cc** | Meteor Kolkata |
| **Attn** | Tara John |
| **Date** | 28th August 2007 |
| **No. of pages** | ~ 1 ~ (including cover page) |

---

**Kolmar's Revised Purchase of 15,000 Metric Tons, Methanol**
**Our Ref. 2006872**
**Amendment 1**

---

As mutually agreed between the parties of the above contract the following amendment
has been made:

4) **Quantity – now to read**
   15,000 Metric Tons, plus/minus 5 percent in Buyer's option. Optional 2,000 –
   3,000 Metric Tons plus/minus 5 percent, in Buyer's option.

5) **Price – now to read**
   United States Dollars 255.00 per Metric Ton for the 15,000 Metric Tons.
   United Stated Dollars 265.00 per Metric Ton for the optional 2,000 – 3,000
   Metric Ton.

All other terms and conditions remain unchanged.

Kind Regards,

KOLMAR GROUP AG

1

# EXHIBIT 2

# **Kolmar**

October 22nd, 2007

REGISTERED
TRAXPO ENTERPRISES
PV LTD
TAPURIAH HOUSE
42/1 STRAND ROAD
CALCUTTA 700 007
INDIA

RE: Demurrage Claim - USD 381'102.40, 'FAIRCHEM MUSTANG' C/P 31.08.07
at KANDLA 26.09.07, Our Ref.: K01091, B/L Date: 18.10.07

Dear Sirs,

Herewith enclosed please find following documents concerning
the claim in reference:

- Notice of Readiness
- Time Sheet
- 9 Letters of Protest
- Summary Sheet, Laytime Calculation and Invoice

Please acknowledge receipt of the above claim and documents
by signing and returning attached copy of this letter.

Should you have any question, please contact this office and
quote the reference number.

Your prompt attention and cooperation will be appreciated.

Yours faithfully,

KOLMAR GROUP AG

Silvia Battistini

CC: METEOR PRIVATE LTD, CALCUTTA
Attn. Mrs. Tara John

Kolmar Group AG    Laubehof, Metallstrasse 9    Tel +41 41 727 57 00    functiontrading@kolmargroup.com
6300 Zug, Switzerland    Fax +41 41 727 57 01    www.kolmargroup.com



ORIGINAL

October 22nd, 2007

TRAXPO ENTERPRISES
PV LTD
TAPURIAH HOUSE
42/1 STRAND ROAD
CALCUTTA 700 007
INDIA

INVOICE   No: K01091.10

| Vessel  : FAIRCHEM MUSTANG | C/P Date: 31.08.07 |
| | B/L Date: 18.10.07 |
| Our Ref.: K01091 | Ctr. No.: 2012514 |
| at KANDLA | on 26.09.07 |

Demurrage incurred as per attached
Laytime Calculation and Summary Sheet

Claim amount   : USD    381'101.40

DUE DATE: 01.11.07 .
Payment instructions:
To: Bankers Trust, New York / USA, A/C No. 04411122, for
further credit to: ING Belgium, Brussels, Geneva Branch /
Switzerland, Swift: BBRUCHGT, in favour of: Kolmar Group AG /
Zug / Switzerland, A/C CH5108387000002441783 / USD

Kolmar Group AG    Laubehof, Metallstrasse 9    Tel +41 41 727 57 00    functiontrading@kolmargroup.com
6300 Zug, Switzerland    Fax +41 41 727 57 01    www.kolmargroup.com

## SUMMARY FOR CUSTOMER: TRAXPO

Vessel  : FAIRCHEM MUSTANG
Our Ref.: K01091
Cargo   : METHANOL

| Port | Total Cargo Quantity | Claimee's Quantity |
|------|---------------------|--------------------|
| KANDLA | 17273.743 | 17273.743 |

Net Time Used in Port(s)  :  21.93403 days ( 21d 22h 25m) (see Laytime Calculation)
Time Used for the Customer:  21.93403 days ( 21d 22h 25m)
Allowed Laytime           :   2.87896 days (  2d 21h 06m)
Time on Demurrage         :  19.05507 days ( 19d 01h 19m)

Demurrage Rate            : 20000.00

**DEMURRAGE AMOUNT**       : USD 381'101.40

| E X P L A N A T I O N | Time in days | Equals |
|----------------------|--------------|--------|
| Port  KANDLA | Used Time  21.934030 | 21d 22h 25m |
| Allowed Laytime | 2.878960 | 2d 21h 06m |
| Time On Demurrage | - | 19d 01h 19m |

NB: On Demurrage from 29.09.07(04:06) at port KANDLA

Sub-reference : 1

**LAYTIME CALCULATION**: TRAXPO

```
Cargo           : METHANOL
Vessel          : FAIRCHEM MUSTANG
Our Ref.        : K01091

Load Port       : KANDLA
Arrival Date    : 26.09.07
Laydays(Window) :
Time Starts     : 26.09.07 at 07:00(N.O.R. Allowance(6h))
Time Ends       : 18.10.07 at 07:10(Hoses Off)

Gross Time Used:    22.00694 days ( 22d 00h 10m)
Deductions     :     0.07292 days (     01h 45m)
Net Time Used  :    21.93403 days ( 21d 22h 25m)
```

| Period Starts at: | | Stops at: | | % | Counts | Does Not Count | Explanation |
|---|---|---|---|---|---|---|---|
| Date | Time | Date | Time | | Lapse | Lapse | |
| 26.09.07 | 07:00 | 03.10.07 | 07:35 | 100 | 7:00:35 | | |
| 03.10.07 | 07:35 | 03.10.07 | 09:20 | | | 01:45 | Shifting |
| 03.10.07 | 09:20 | 18.10.07 | 07:10 | 100 | 14:21:50 | | |

NB: On Demurrage from 29.09.07(04:06) at port KANDLA

Sub-reference: 1



# F A I R F I E L D

| | | | |
|---|---|---|---|
| CARGO: | METHANOL | DATE. | 26TH SEPTEMBER 2007 |
| TANK NO: | 1P,1S,2P,2S,3P,3S,4P,4S,5P,5S,<br>6P,6S,7P,7S,8P,8S,9P,9S,10P&10S | PORT: | KANDLA, INDIA |
| QTY: | 17,500 MT | VOY: | 43 |

## NOTICE OF READINESS

This is to notify you that subject vessel M/T Fairchem Mustang arrived at your port of

KANDLA, INDIA                at        0525      hours on the        22ND  day of  SEPTEMBER 2007

and that she is readiness in all respects to commence ( loading / discharging ) her cargo in accordance
with the terms and conditions of the relevant Fixture Note or Charter Party.
This Notice of Readiness Tendered at        0100      hours on the        26TH  day of  SEPTEMBER 2007

CAPT. M.JUN.HYEOG
MASTER OF M/T FAIRCHEM MUSTANG

This Notice of Readiness accepted at        ---      Hours on the        ---      day of

NOTICE OF READINESS ACCEPTED TIME SHOULD BE AS PER THE TERMS, CONDITIONS AND EXCEPTION
OF THE RELEVANT CHARTER PARTY.

J.EXTERHOUT
FOR CHARTERERS REPRESENTATIVE
FOR AND ON BEHALF OF
PETRODESK B.V
ACTING ON BEHALF OF KOLMAR



F A I R F I E L D

# TIME SHEET

Vessel: M/T FAIRCHEM MUSTANG    Voy No: 43    Port: Kandla, India    Date: 18th October 2007

PORT
of Loading : Kandla, India

PORT
of discharge : Houston/New orleans U.S.A

| Commodity | B/L Quantity | Ships Quantity | Stowage |
|---|---|---|---|
| METHANOL | 17,273.743 M/T | 17,239.489 MT | 1P,1S,2P,2S,3P,3S,4P,4S,5P,5S,6P 6S,7P,7S,8P,8S,9P,9S,10P&10S |

| | Hour | Date |
|---|---|---|
| Commence of Voyage No. 43 | 0825 hrs | 22nd September 2007 |
| Pratique Granted | | |
| Arrived at Anchorage | 1200 hrs | 22nd September 2007 |
| Anchor Aweigh | 0630 hrs | 03rd October 2007 |
| N.O.R. Tendered | 0100 hrs | 26th September 2007 |
| N.O.R. Accepted | Refer to N.O.R Certificate | |
| Pilot on Board | 0735 hrs | 03rd October 2007 |
| First Line Ashore | 0845 hrs | 03rd October 2007 |
| All Line Fast | 0920 hrs | 03rd October 2007 |
| Tanks Inspected | 1240-1830 hrs | 26th September 2007 |
| Tanks Accepted/Passed | 1830 hrs | 26th September 2007 |
| First Barge Alongside | N/A | |
| Hose Connected 1 X 6" | 1705 hrs | 03rd October 2007 |
| Commenced Loading | 0915 hrs | 04th October 2007 |
| Completed Loading | 0635 hrs | 16th October 2007 |
| Hose Disconnected | 0700-0710 hrs | 18th October 2007 |
| Ullaging & Cargo calculation | 0710-1000 hrs | 18th October 2007 |
| Document on board | 1000-1330 hrs | 18th October 2007 |
| Last Barge Away | N/A | |

"Remarks :

1230hrs 26th September 2007: Five surveyors onboard.

1230-1240hrs 26th: Held a meeting with the surveyors.

1240-1830hrs 26th: Tank inspected and took wall wash test for 1P/S to 10 P/S.

1830hrs: Tanks passed.

1845hrs 26th: Surveyor disembark

0100hrs 26th: September-0630hrs 03rd October: Vessel anchored awaited berthing instructions.

0630-0845hrs 03rd: October: Shifted to berth.

0935hrs 03rd: Gangway down.

0940hrs 03rd: Surveyors onboard.

0940-0950hrs 03rd: Held a safety meeting with the surveyors.

0950-1035hrs 03rd: Carried out visual tanks inspection and confirmed tank condition dry/clean as found the
same condition as before dated 1830hrs 26th Sept. by concerned surveyors.

1035-1130hrs 03rd: Awaited loading master.

0920-1730hrs 03rd: Awaited shore readiness to connect cargo hose for commencement of loading.
(Refer to Letter of Protest)



F A I R F I E L D

1730-1840hrs 03rd: Awaited for shore readiness to commence shore line displacement.
1840-2000hrs 03rd: Shore line displacement.
2000-2020hrs 03rd: Carried out shore line sampling and analysis pre-pump 2 drums and 3 times
       tested. The testing result failed (PTT / 1st–1 min.,2nd- 3 min, & 3rd- 5 min.)
2035hrs 03rd : The testing result failed.
2035hrs 03rd to 0310hrs 04th: Disconected hose & awaited pre-pump availability.
0220hrs 4th: Hose reconnected to common line 1x 5 "
0220-0300hrs 4th: Awaited readiness to shore for line sampling.
0310-0330 4th: Carried out shore line sampling analysis & passed.
0330-0400hrs 04th: Awaited shore readiness due to shore pump trip.
0400-0405hrs 04th: Pre-pump 1 drum for no. 1P line.
0415hrs 04th: 1P-passed line sampling analysis.
0415hrs-0845hrs 04th: Awaited shore readiness due to shore reason.
0845hrs 04th: Fill up shore line with cargo.
0850-0900hrs 04th: Took shore line sampling analysis and passed.
0900-0910hrs 04th: Shifted shore hose between shore line and took manifold sample.
0915hrs 04th: Commence loading / Commence one foot into 1P tank / Filled No. 1S line to drum for
       line sampling analysis.
0930hrs 04th: Stop loading / Finished one foot sample for 1P tank / Passed 1S line sample analysis.
0930-0945hrs 04th: Took one foot sample  1P cargo tank by surveyor..
0945-1100hrs 04th: Awaited result of sample analysis by shore laboratory.
1100hrs 04th: 1P Cargo tank Passed by one foot sampling analysis.
1100-1540hrs 04th: Awaited shore readiness due to shore reason
1540hrs 04th: Started one foot  loading for all tanks
1540-1550hrs 04th: Pre-pump to drum 2 P/S for line sampling and analysis.
1600hrs 04th: Passed line sample analysis for No. 2 P/S tank.
1800hrs 04th: Completed line sampling for all tanks.
1810hrs 04th: Completed all Cargo line sampling analysis and passed.
1930hrs 04th: Completed all cargo tanks 1 foot sample / line sampling analysis and passed.
1930hrs 04th: Continuously loading for main loading  operation.
2245hrs 07th: Cargo loading Temporary stop by shore request.
2245hrs 07th - 0205hrs 08th: Awaited shore readiness to resume loading
0205hrs 08th: Resumed loading by shore request;
0220hrs 08th: Shore tried to connect 2nd hose but the hose condition was not suitable for
       loading due to dirty oily residue in cargo hose.
0440hrs 08th: Stopped loading cargo for shifting to OTB anchorage under port control orders
       due to poor performance of loading operation by shipper/terminal/charterers.
0450hrs 08th: Disconnected cargo hose
0450-0500hrs 08th: Took Ullaging/sampling/cargo calculations.
       Total loaded cargo.... 9865.413 mt
       Balance cargo.,....... 7834.587 mt
       Rate...................... 108 mt
0625hrs 08th: Surveyors and Loading master disembark.
0650hrs 08th: Pilot on board
0705hrs 08th: All lines let go



## F A I R F I E L D

0715hrs 08th: Dropped anchor at inner anchorage awaited suitable tide.
0720hrs 08th: Pilot left her.
0825hrs 08th: Pilot on board
0850hrs 08th: Anchor aweigh.
0950hrs 08th: Pilot left her.
1110hrs 08th: Dropped anchor at Outer Tuna Bouy anchorage and awaited berthing/balance
            cargo loading instuction.
0105hrs 16th: Anchor Aweigh.
0235hrs 16th: Pilot on board.
0340hrs 16th: First line sent to shore.
0410hrs 16th: All lines made her fast.
0420hrs 16th: Gangway down.
0435hrs 16th: Agent/Surveyor onboard.
0445-0500hrs 16th: Re-gauging/calculation.
0500-0510hrs 16th: Hose connected (1st-Line)
0510-0520hrs 16th: Took manifold sampling/analysis/passed.
0620hrs 16th: Resumed loading (1st line )
1405hrs 16th: Hose connected (2nd Line)
1410-1715hrs 16th: Took manifold sample/analysis and fail due to brownish color of sample for the 2nd line
1600hrs 16th: Stopped loading due to shore reason (1st Line)
1710-1715hrs 16th: Took manifold sample under guidance of charterers representative.
1715hrs 16th: Started Loading 2nd line and sampling with interval of 5min., 10min., 1hr. and sealed
            and signed by all surveyors as per Fairfield Chemical Carrier instructions.
1600-1800hrs 16th: Stopped loading due to shore reason.
1800hrs 16th: Resumed loading 1st line.
0835hrs 17th: Shore pump stopped
0850-0915hrs 17th: Pigging of shore lines
0815hrs 17th: Completed loading 2nd hose
0825hrs 17th: Hose disconnect 2nd line
1215-1545hrs 17th: Shore tank stripping.
0400hrs 18th: Shore pumping completed.
0530hrs 18th: Start line pigging.
0615hrs 18th: Took samples from manifold during pigging stage and found out discoloration of cargo
0635hrs 18th: Line pigging completed.
0635hrs 18th: Loading completed by shore stop.

                                                                For Recaipt - on

We hereby certify that the above is true and correct.
RE RECEIPT ONLY 4/
SUBJECT TO REPRATURE
RECEIPT - AMB LOG                    Capt. Im Wim Hyeop
Shore Representative                     Master                          Owner's Agent

FOR 4/ ON BEHALF OF
PETRO DSGR B.W.

| | LETTER OF PROTEST-DELAYS | |
|---|---|---|

**Note of protest**

Date: 3RD October 2007
Port : Kandla, india
Voyage no: 43

To: Oil Jetty No. 3 and/or
To whom it may concern

Subject: Note of Protest for Delays

This is to put on the record the following delays to my vessel for commencement of
Loading operation of nominated cargo Methanol.

My vessel has berthed at Oil Jetty No. 3 at 0920 hrs on 3rd October 2007 and till writing
this protest letter at 1730 hrs / 03.10.2007, you and your shore terminals are failed to
commence loading. The reasons for the same are best known to them.

| Date | From | To | Reason for Delay |
|---|---|---|---|
| 3rd October 2007 | 0920hrs | 1730 hrs | Awaited shore readiness to connect cargo hose for commencement of Loading |
| | | | |
| | | | |
| | | | |

On behalf of my Owners, and / or other interested parties, I hereby note protest for
above delays and hold you liable for any consequential losses, damages, claims that may
be sustained on this account.

I further reserve the right to extend this protest at places and / or times convenient.

Please acknowledge receipt of this protest.

Yours sincerely,

Master
MT Fairchem Mustang

FOR RECEIPT ONLY
WITHOUT PREJUDICE and
ACCEPTING ANY LIABILITIES.

Received by:

TO : Shippers/Terminal/Charterers or/and
To whom it may concern.

Date:  18ᵗʰ October 2007
Port :  Kandla, India
Berth :  Off Jetty No. 2
Voy. No.:  43

# LETTER OF PROTEST

RE : LETTER OF PROTEST FOR BERTHING DELAY.

Dear Sir,

This letter of protest will serve to advise that I, master of M/T FAIRCHEM MUSTANG tendering Protest regarding delay berthing which occurred this vessel on 03ʳᵈ October 2007 at Kandla, India.
For your preview and review of this matter, the following is statements of the circumstances as I best understand them at this moment.

| | |
|---|---|
| *Commence Voy. 43 | : 0625hrs 22ⁿᵈ Sept. 2007 |
| *Vessel anchored | |
| " Awaited berthing instruction | : 0100hrs 26ᵗʰ Sept. - 0630hrs 03ʳᵈ Oct. 2007 |
| *NOR tendered | ; 0100hrs 26ᵗʰ Sept. 2007 |
| *Anchor aweigh | : 0630hrs 03ʳᵈ Oct. 2007 |
| *Pilot onboard | : 0735hrs 03ʳᵈ Oct. 2007 |
| *Shifted to berth | :0630hrs 03ʳᵈ Oct. -- 0845hrs 03ʳᵈ Oct. 2007 |
| *All line made her fast. | :0920hrs 03ʳᵈ Oct. 2007 |

In view of the above, please be advised that on behalf of my owners and/or any party concerned, I  hold you  responsible for any delays, all costs and any other claims incurred thereby because this matter is not caused by my vessel , totally we are free from any claims which may arise there from.

Yours faithfully,

MASTER OF
M/T FAIRCHEM MUSTANG
For Receipt only and without
treatmission to concerned.

Kindly acknowledge receipt of this letter by signing.

FOR RECEIPT ONLY
WITHOUT LIABILITY of
PLEASE Charter/Shippers/Terminal or
Their authorized representative
SUBJECT TERMS OF
all CONDITIONS OF
RELEVANT C/P

FOR & ON BEHALF OF
PETRO DESK B.V.

Ship's Agent

| | LETTER OF PROTEST – SLOW LOAD RATE | |
|---|---|---|

Note of Protest

Date: 06ᵗʰ October 2007
Port: Kandla, India
Voyage no: 43

To:   Oil Jetty No. 3 and/or
        To whom it may concern

Dear Sirs,

Subject: Note of Protest for restriction to Loading Rate/Due to slow loading rate and
            Not providing additional Hoses

Cargo: METHANOL, 17,500 MT
This is to put on record the following restrictions to my vessels Loading operation:

1. Number and size of Vessel's manifolds offered for loading:
   10 INCH X 1 COMMON LINE  and  6 INCH X 20 LINE
   Number and size of Terminal connections provided for loading:
   6 INCH X 1 LINE
2. Loadable Max. Rate by vessel: 1000 MT / H
   Shore's average Loading Rate provided: 136 MT / H
3. As per ship/shore agreement shore will provide 2 hoses and rate to be 1 line
   150 mt/h and the other line 200 mt/h. However, we can accept 1000 mt/h but
   terminal rate was only 136 mt/h as of 2100hrs 06ᵗʰ October 2007. So we
   strongly request providing additional hoses as per ship/shore agreement.
   I Master, hereby issue Note of Protest.

On behalf of my Owners, and / or other interested parties, I hereby note of protest for
these restrictions to my vessels loading operation and hold you liable for any
consequential losses, damages, claims that may be sustained on this account.

I further reserve the right to extend this protest at places and / of times convenient.
Please acknowledge receipt of this protest.

Yours sincerely,

_____
Master of
MT Fairchem Mustang

Kindly acknowledge receipt of this letter by signing        *Only for Receipt and contents*
                                                                               *transmission to Concerned Parties.*
Received by: _____
                Charterers/Shippers/Terminal or
                Their authorized Representative        Ship's Agent
                [handwritten text illegible]

| LETTER OF PROTEST – SLOW LOAD RATE | |
|---|---|

### Note of Protest

Date: 08th October 2007
Port: Kandla, India
Voyage no: 43

To:  Shipper/Charterers/Terminal
And/or to whom it may concern:

Dear Sirs,

Subject: SLOW LOADING

Cargo: METHANOL, 17,500 MT
This is to put on record the following restrictions to my vessels Loading operation:

1. Number and size of Vessel's manifolds offered for loading:
   10 INCH X 1 COMMON LINE and 6 INCH X 20 LINE
   Number and size of Terminal connections provided for loading:
   Only 6 INCH X 1 LINE
2. Loadable Max. Rate by vessel: 1000 MT / H
   Shore's average Loading Rate provided: 113 MT / H (From start of main Loading)
3. As per ship/shore agreement shore will provide 2 cargo hose but they provide
   only 1 cargo hose.
4. Due to poor loading performance by shipper, Port has order shifting to outer
   Anchorage. Last 24 hrs vessel has loaded only 2,400 mt which is very low
   and unusual loading rate.

On behalf of my Owners, and / or other interested parties, I hereby note of protest for
these restrictions to my vessels loading operation and hold you liable for any
consequential losses, damages, claims that may be sustained on this account.

I further reserve the right to extend this protest at places and / or times convenient.
Please acknowledge receipt of this protest.

Yours sincerely,

Master
MT Fairchem Mustang
For Receipt only and onward
transmission to concerned parties

Kindly acknowledge receipt of this letter by signing
Received by: _____
              Charters/Shippers/Terminal or
              Their authorized Representative

Ship's Agent

| | LETTER OF PROTEST – SLOW LOAD RATE | |
|---|---|---|

Note of Protest

Date: 18th October 2007
Port: Kandla, India
Voyage no: 43

To: Shippers/Terminal/Charterer
And/or to whom it may concern:

Dear Sirs,

Subject: Slow Loading

Cargo: METHANOL, 17,500 MT
This is to put on record the following restrictions to my vessels Loading operation:

1. Number and size of Vessel's manifolds offered for loading:
   10 INCH X 1 COMMON LINE and 6 INCH X 20 LINE
   Number and size of Terminal connections provided for loading:
   6 INCH X 2 LINE
2. Loadable Max. Rate by vessel: 1000 MT / H
   Shore's average Loading Rate provided: 152   MT / H

On behalf of my Owners, and / or other interested parties, I hereby note of protest for
these restrictions to my vessels loading operation and hold you liable for any
consequential losses, damages, claims that may be sustained on this account.

I further reserve the right to extend this protest at places and / or times convenient.
Please acknowledge receipt of this protest.

Yours sincerely,

Master of
MT Fairchem Mustang

Kindly acknowledge receipt of this letter by signing

Received by: _____
              Charters/Shippers/Terminal or
              Their authorized Representative

FOR RECEIPT ONLY WITHOUT
LIABILITES of PREJUDICE.
FOR & ON BEHALF OF
PETRO DESIGN B.V.

for Receipt only and onboard
transmission to Concerned
Ship's Agent

Page 1

TO: Shipper/Terminal/Charterer and/or
    To whom it may concern:

DATE: 18th October 2007
PORT: Kandla, India
BERTH: Oil Jetty No. 3
VOY. : 43

# LETTER OF PROTEST

### RE: SHORE DELAYS

Dear Sirs,

I, Master of MT FAIRCHEM MUSTANG on behalf of owners and other interested
parties hold you Shippers/Terminal/Charterers, responsible for any/all delay expenses incurred
as a result of delay during cargo work for loading METHANOL nominated quantity 17500MT.

Statement of Facts:

| | |
|---|---|
| 1705hrs 03rd Oct. 2007 | Hose connected |
| 0310hrs 04th: | Took shoreline sample for analysis |
| 0310hrs-0330hrs 04th: | Carried out shore line sampling and analysis |
| 0330hrs 04th: | Shore line sample analysis passed |
| 0400hrs 04th: | Pre-pumped 1 drum for No. 1P line |
| 0400hrs-0415hrs: | Pre-pumped 1 drum for No. 1P line/Took sample for analysis |
| 0415hrs 04th Oct.: | Passed 1P line sample analysis |
| 0343hrs 04th: | Fill up shore line with cargo |
| 0850hrs-0900hrs 04th: | Took shoreline sample and passed sample analysis |
| 0900hrs-0910hrs 04th: | Shifted shore hose between shore line & took manifold sample |
| 0915hrs 04th: | Commenced one foot into No. 1P tank/Pre-pump No. 1S line to drum |
| | and took samples for analysis |
| 0930hrs 04th: | Finished one foot sampling No. 1P tank/Passed sample analysis for 1S line/Stop |
| | shore pump |
| 0930hrs-0945hrs 04th: | Took one foot sample for No. 1P tank |
| 0945hrs-1100hrs 04th: | Awaited shore result of sample analysis by shore laboratory |
| 1100hrs 04th: | Passed one foot analysis 1P tank |
| 1540hrs 04th: | Started one foot sample for all tanks |
| 2245hrs 07th: | Stopped loading due to shore reason and by shore request. |
| 0205hrs 08th: | Resume loading by shore request. |
| 0440hrs 08th: | Stopped cargo for shifting to OTB anchorage under port control |
| | orders due to poor performance of loading operation |
| 0450hrs 08th: | Disconnected cargo hose ................ continue to next page |

| | |
|---|---|
| 0450hrs-0600hrs 08th: | Took Ullaging/sampling/cargo calculation |
| | Rate......................... 108 mt/hr |
| | Total Loaded cargo...... 9865.413 mt |
| | Balance cargo............. 7634.587 mt |
| 0625hrs 08th Oct 2007: | Surveyors and Loading Master left bar |
| 0650hrs 08th: | Pilot on board. |
| 0705hrs 08th: | All lines let go |
| 0715hrs 08th: | Dropped anchor at lunar anchorage awaited suitable tide |
| 0720hrs 08th: | Pilot left bar |
| 0845hrs 08th: | Pilot on board |
| 0850hrs 08th: | Anchor aweigh |
| 0950hrs 08th: | Pilot left bar |
| 1110hrs 08th: | Dropped anchor at OTB anchorage and awaited berthing/balance |
| | cargo loading instruction |
| 0105hrs16th: | Anchor Aweigh |
| 0235hrs 16th: | Pilot on Board |
| 0340hrs 16th: | First Line ashore |
| 0410hrs 16th: | All lines made fast fast |
| 0410hrs 16th: | Pilot left bar |
| 0420hrs 16th: | Gangway down |
| 0435hrs 16th: | Surveyor Onboard |
| 0445hrs-0600hrs 16th: | Ullaging/Cargo Calculation |
| 0610hrs 16th: | Hose connected |
| 0620hrs 16th: | Resumed Loading operation |
| 1305hrs 16th: | Connected 2nd line |
| 1410hrs – 1715hrs 16th: | Took manifold sample / analysis and find due to brownish color of sample |
| | for the 2nd line. |
| 1600hrs 16th: | Stopped loading cargo due to shore reason |
| 1710hrs – 1715hrs 16th: | Took manifold sample under guidance of charterers representative |
| 1715hrs 16th: | Started loading 2nd line and sampling with interval of 5 mins /10mins/1hr |
| | and sealed and signed by all the surveyors as per Fairfield Chemical Carrier |
| | instruction |
| 1800hrs 16th: | Resume loading 1st line |
| 0815hrs 17th: | Completed loading 2nd line |
| 0825hrs 17th: | Hose disconnect 2nd line |

continue to next page

Page 2

0435hrs 16ᵗʰ Oct.:          Surveyor onboard
0445hrs/0500hrs 16ᵗʰ Oct.: Ullaging/Cargo Calculation
0610 hrs 16ᵗʰ Oct.:        Hose connected
0640 hrs 16ᵗʰ Oct.:        Resumed Loading operation

In connection with the above, I Master hereby Note of Protest for this delays and hold you liable for any consequential losses, damages, claims that may sustain on this account. I further reserve the right to extend this protest at places and/or time convenient.

Please acknowledge receipt of this protest.

For Receipt only and confirm transmission to Consignees Parties.

S Beawer
Shipper/Charterer/Terminal
And/or to whom it may concern
who canal on behalf of
B..............BK
Representing Richmak

Agent

Master of Palichang Miyang

PAGE 2

TO: Shipper/Terminal/Charterers
And/or To Whom it may concern:

DATE: 18th October 2007
PORT: Kandla, India
BERTH: Outer Tuna Buoy Anchorage
VOY. : 43

# LETTER OF PROTEST

## RE: DELAY OF CARGO LOADING OPERATION

Dear Sirs,

I, Master of MT FAIRCHEM MUSTANG on behalf of my owners and other interested parties hold you shippers/Terminal/Charterers responsible for any/all delay expenses incurred as a result of delay during cargo work for loading METHANOL.
Nominated Quantity: 17500 MT (min).

And as a result of your poor performance during cargo operation, vessel was obliged to shift to Outer Tuna Buoy Anchorage and await resumption of cargo loading operation until the present.

**Statement of Facts:**

| | |
|---|---|
| 0445hrs 08th Oct. 2007 | Stopped cargo for shifting to OTB anchorage under port control orders due to poor performance of loading operation |
| 0450hrs 08th Oct.: | Disconnected cargo hose |
| 0450hrs-0600hrs 08th: | Took Ullaging/sampling/cargo calculation |
| | Rate.......... ........... 108 m3/hr |
| | Total Loaded cargo :9865.345 3mt/Onboard cargo:::7634.587mt — |
| 0550hrs 08th Oct.: | Pilot on board |
| 0700hrs 08th Oct.: | All lines let go. |
| 0715hrs 08th Oct.: | Dropped anchor at inner anchorage awaited suitable tide |
| 0720hrs 08th Oct.: | Pilot left her |
| 0845hrs 08th Oct.: | Pilot on board |
| 0850hrs 08th Oct.: | anchor aweigh |
| 0950hrs 08th Oct.: | Pilot left her |
| 1110hrs 08th Oct.: | Dropped anchor at OTB anchorage and awaited berthing/balance cargo loading instruction |

In connection with the above, I Master hereby Note of Protest for this delays and hold you liable for any consequential losses, damages, claims that may sustain on this account. I further reserve the right to extend this protest at places and/or time convenient.

Please acknowledge receipt of this protest.

*For Receipt only and without*
*transmission to Concerned Headers.*

Shipper/Charterer/Terminal                    Agent                    Master of Fairchem Mustang
And/or to whom it may concern
too and on behalf of
Eshon Desle By
Representatives of
Kolmar

Page 1

TO: Shipper/Terminal/Charterers.
And/or To Whom it may concern:

DATE: 16th October 2007
PORT: Kandla, India
BERTH: Oil Jetty No. 3
VOY. : 43

# LETTER OF PROTEST

## RE: DELAY OF CARGO LOADING OPERATION

Dear Sirs,

I, Master of MT FAIRCHEM MUSTANG on behalf of my owners and other interested
parties hold you shippers/Terminal/Charterors responsible for any/all delay expenses incurred as a
result of delay during cargo work for loading METHANOL.
Nominated Quantity: 17500 MT (min).

And as a result of your poor performance during cargo operation, vessel was obliged to shift
to Outer Tuna Buoy Anchorage and await resumption of cargo loading operation until the present.

**Statement of Facts:**

| | |
|---|---|
| 0440hrs 08th Oct. 2007 | Stopped cargo for shifting to OTB anchorage under port control |
| | orders due to poor performance of loading operation |
| 0450hrs 08th Oct.: | Disconnected cargo hose |
| 0450hrs-0600hrs 08th: | Took Ullaging/sampling/cargo calculation |
| | Rate............................... 108 m3/hr |
| | Total Loaded cargo..9865.413mt/Balance cargo...7634.587mt |
| 0650hrs 08th Oct.: | Pilot on board |
| 0705hrs 08th Oct.: | All Rues let go |
| 0715hrs 08th Oct.: | Dropped anchor at inner anchorage awaited suitable tide |
| 0720hrs 08th Oct.: | Pilot left her |
| 0845hrs 08th Oct: | Pilot on board |
| 0850hrs 08th Oct.: | Andharaweigh |
| 0950hrs 08th Oct.: | Pilot left her |
| 1110hrs 08th Oct.: | Dropped anchor at OTB anchorage and awaited berthing/balance |
| | cargo loading instruction |
| 0185hrs 16th Oct.: | Anchor Aweigh |
| 0235hrs 16th Oct.: | Pilot on Board |
| 0340hrs 16th Oct.: | First Line ashore |
| 0410hrs 16th Oct.: | All lines made her fast |
| 0410hrs 16th Oct.: | Pilot left her |
| 0430hrs 16th Oct.: | Gangway Down |

Continue to next page

Reason of Shore Delays as follows:

| | |
|---|---|
| 0920hrs-1730hrs 03rd Oct. 2007: | Previously issued Letter of Protest (Refer to attached file) |
| 1705hrs 03rd-0310hrs 04th: | Awaited shoreline readiness due to failure of shore. Line sample analysis. |
| 0330hrs-0840hrs 04th: | Awaited shore readiness due to shore reason. |
| 0415hrs-0845hrs 04th: | Awaited shore readiness due to shore reason. |
| 1100hrs-1540hrs 04th: | Awaited shore readiness due to shore reason. |
| 2245hrs 07th - 0205hrs 08th: | Awaited shore readiness due to shore reason. |
| 0440hrs 08th – 0620hrs 16th: | Stopped loading cargo for shifting to OTB anchorage under port |
| | Port control orders due to poor performance of loading operation |
| | And awaits berthing/Balance cargo loading instruction. |
| 0410hrs-1715hrs 16th: | Awaited shore readiness to connect 2nd line |
| 1600hrs-1800hrs 16th: | Stopped loading cargo 1st line due to shore reason |

In connection with the above, I Master, hereby Note of Protest for this delays and hold you liable for any consequential losses, damages, claims that may sustained on this account. I further reserve the right to extend this protest at places and/or time convenient.

Please sign here under space for the acknowledgement of receipt.

FOR RECEIPT ONLY
WITHOUT LIABILITIES &/
PREDUDICE. SUBJECT TO
TERMS of Shipper/Terminal/Charterer
& conditions et
And/or to whom it may concern:
RELEVANT C/P .

FOR & ON BEHALF OF
PETRO DESER B.V. -

SV JOSHI

Agent

Master of Fairchem Mustang

For Receipt only and countersl
countersion, to conserve.

Page 1

TO: Shipper/Terminal/Charterer
Ardi/or To Whom it may concern.

DATE: 18th October 2007
PORT: Kandla, India
BERTH : Oil Jetty No. 2
VOV. : 43

# LETTER OF PROTEST

## RE: DELAY OF CARGO LOADING OPERATION

Dear Sirs,

I, Master of MT FAIRCHEM MUSTANG on behalf of my owners and other interested Parties hold you shipper/Terminal/Charterer responsible for any/all delay expenses incurred as a result of delay during cargo work for loading METHANOL.

Statement of Facts:

0100hrs 26th September 2007:    Notice of Readiness Tendered

0920hrs 03rd October 2007:    All lines made her fast

Vessel tendered Notice of Readiness and anchored in the Outer Tuna and awaited berthing Instruction. Refer to attached Letter of Protest Re: Berthing Delay

0920hrs 03rd October 2007:    All lines made her fast

-1730hrs 03rd October 2007:

Vessel awaited shore readiness to connect cargo hose for commencement of loading. Refer to Attached Letter of Protest Re: Note of Protest for Delays Dated 93rd October 2007.

1705hrs 05th October 2007:    Hose connected

-0440hrs 08th October 2007:    Stopped Loading Cargo for shifting to OTB anchorage
under port control orders due to poor performance of
Shipper/Terminal/Charterer during cargo operation.

Carried out cargo loading work, shoreline sampling and analysis pre-pump 2 drums and 3 tier er Tested but result failed (PTTA" –1min., 2nd-3min., 3rd –5 min). Disconnect hose and awaited pre-pump Availability. Reconnect hose and re-sampling and analysis of shoreline and passed, Stopped Loading Operation due to shore reason.

As per ship/shore agreement shore will provide 2 hoses and rate to be 1 line 150mt/hr and the other line 200 mt/hr but shore provide only 1 hose with an average rate of 136 mt/hr while ship offered 1x 10 inch common line and 20 x 6 inch line with average rate of 1600 mt/hr. refer to attached Letter of Protest Re: Note of Protest for restriction of loading rate/due to slow loading rate and not providing additional Hose Dated 06th October 2007 and Re: Slow Loading Dated 08th October 2007.

Vessel total loaded cargo: 9866.413 mt Balance cargo to be loaded: 7634.587 mt Rate: 100 mt/hr Refer to attached Letter of Protest Re: Slow Loading and Delay of cargo loading operation. Dated 10th October 2007.                   Continue to next page

Page 2

| | |
|---|---|
| 0440hrs 08th October 2007: | Stopped Loading Cargo for shifting to OTB anchorage |
| | under port control orders due to poor performance of |
| | Shipper/Terminal/Charterer during cargo operation. |
| 0620hrs 16th October 2007: | Resumed Loading operation |

Due to Shippers/Terminal/Charterers poor performance during cargo operation, Vessel was obliged
To shift to OTB anchorage and awaits resumption of cargo loading operation. Refer to attached file
Re: Delay of cargo Loading operation Dated 16th October 2007.

| | |
|---|---|
| 0620hrs 16th October 2007: | Resumed Loading operation |
| 0635hrs 16th October 2007 | Completed Loading operation |

Total Loaded cargo:   a/F  17,239.489 M/T    B/L  17,273.749  M/T

Rate:   159  Mt /hr

Shore connected the 2nd line and took samples from the manifold, analyze but failed line to brownish
Color of the sample. As per instructions from Charterers and Fairfield Chemical Carriers, loading will
Commence through the second provided samples should be taken before opening the manifold and at
Interval of 5min, 10min and 1hr after commencing loading. Refer to attached Letter of Protest
Re: Discoloration of samples drawn from Manifold 2nd Line Dated 17th October 2007.
Vessel offered 1 x 10 inch cast iron line and 20 x 6 inch line with the maximum loadable rate of
1000 mt/hr. Shore only supplied     mt/hr. Refer to attached Letter of Protest Re: Slow Loading
Dated     October 2007.

In connection with the above, I Master hereby Note of Protest for this delays and
hold you liable for any consequential losses, damages, claims that may sustain on this
account. I further reserve the right to extend this protest at places and/or time convenient.

Please acknowledge receipt of this protest.

FOR RECEIPT ONLY
WITHOUT LIABILITIES &
PREJUDICE & SUBJECT
TO TERMS & CONDITIONS
OF RELEVANT C/P
Shipper/Terminal/Charterer
And/or to whom it may concern:

FOR & ON BEHALF OF
PETRO DESUL B.V.

A V Joshi

Agent          Master of Fairchem Mustang

For receipt only and onward
trans-mission as to concerned.

# EXHIBIT 3

```
=====================================================================
   Message Printed    on 31/10/200717:05:46  by CNT      RefNum:CNT5376970
   nt Fairchem Mustang - Port d/a at Kandla
From/To: ("Hayden Pierre D'Costa <hpd@jmbaxi.com>} at 17/10/2007 07:17:21
=====================================================================
```

ReplyTo: <hpd@jmbaxi.com>
From: "Hayden Pierre D'Costa" <hpd@jmbaxi.com>
To: <operations@kolmargroup.com>
cc: <meteorpl@mtnl.net.in>,
        <meteor@del2.vsnl.net.in>,
        <shivshankar53@gmail.com>,
        <ops@fairfieldchemical.com>,
        <tf@fairfieldchemical.com>,
        "BAXICO KANDLA 1" <oprn_kdla@jmbaxi.com>,
        "santosh" <srn@jmbaxi.com>,
        "Dsj" <dsj@jmbaxi.com>,
        "CAPT. GVS" <gvs@jmbaxi.com>,
        "CAPT PATEL" <nkp@jmbaxi.com>
Subject: mt Fairchem Mustang - Port d/a at Kandla
Date: Wed, 17 Oct 2007 10:58:27 +0530

K/Attn : Dominique Meyer
We have been instructed by our Principals to contact your local agents
Meteor for payment of shifting charges of mt Fairchem Mustang.
However your local agents have verbally refused to make any payment.
We therefore request you to kindly arrange payment for shifting expenses as
under, prior vessel sailing.
Usd 4488.39     Pilotage for shifting/reberthing @ usd 0.388/grt (11568)
Usd  106.11     Stream dues @ usd 11.79/day (9) from 08/10 to 16/10
Usd  567.83     12.36% Govt.service tax on above
------------------
usd 5162.33 )   Total
------------------
Please remit funds to our to our bankers as under:-
The Hong Kong & Shanghai Banking Corpn.,
52/60, M.G.Road, Fort, Mumbai - 400 001.
A/C. No. : 002 406718 001 of J.M.Baxi & Co.
Swift Code : HSBC INBB
We await your confirmation.
Brgds
Hayden D'Costa
For J.M.Baxi & Co.
As Agents

-----Original Message-----
From: Hayden Pierre D'Costa [mailto:hpd@jmbaxi.com]
Sent: 16 October 2007 11:25
To: meteorpl@mtnl.net.in
Cc: meteor@del2.vsnl.net.in; shivshankar53@gmail.com;
operations@kolmargroup.com; ops@fairfieldchemical.com;
tf@fairfieldchemical.com; BAXICO KANDLA 1; santosh; Dsj; CAPT. GVS; CAPT
PATEL
Subject: mt Fairchem Mustang - Port d/a at Kandla
Importance: High

K/Attn : Mr.Josef / Mr.Shiv Shankar,

Dear Sirs,

Please find below message from our Principals & correspondence between
Owners & Charterers regarding port charges for charterers account.

Following expenses to be borne by Charterers or their Agents

Usd 4488.39     Pilotage for shifting/reberthing @ usd 0.388/grt (11568)
Usd  106.11     Stream dues @ usd 11.79/day (9) from 08/10 to 16/10
Usd  567.83     12.36% Govt.service tax on above
------------------
usd 5162.33     Total
------------------
Kindly arrange payment of usd 5162.33 (Rs.2,06,493/-) within tomorrow
(17/10), enable make port payments & obtain port clearance.

Brgds
Hayden D'Costa
For J.M.Baxi & Co.
As Agents

                                        Message Continues...

# EXHIBIT 4

# FAIRFIELD CHEMICAL CARRIERS BVBA

Eiermarkt 13-15-17
2000 Antwerp
Tel 03/224.80.20  Fax 03/324.80.28
e-mail fccbv@fairchem.be
HRA 328672    BTW BE462927748

**KOLMAR GROUP AG**
Att. C. Nussbaumer
Laubehof, Metallstrasse 9

**CH-6300 ZUG**
**SWITZERLAND**

## FREIGHT INVOICE

BROKERS:
VESSEL:          **FAIRCHEM MUSTANG**

DATE: 19TH October 2007
INVOICE NO. 2007-102/112124
(please mention as reference)

VOYAGE:          41
CHARTERER:       Kolmar Petrochemical A.C.
LOADED:          Kandla
DISCHARGE:       Houston and/or New Orleans
C/P:             31st August 2007
ON BOARD:        18th October 2007

| Quantity | Unit | Description | Unit Price | Amount due |
|----------|------|-------------|-----------|------------|
| 17,500   | MTS  | METHANOL    | $  73.00  | $ 1,277,500.00 |

**TOTAL AMOUNT DUE**                               **$ 1,277,500.00**

**PLEASE REMIT TO:**
**KBC BANK**
**EIERMARKT 20**
**2000 ANTWERPEN, BELGIUM**
**SWIFT: KRED BE BB**
**FAVOR: FAIRFIELD CHEMICAL CARRIERS BVBA**
**USD A/C: 733-0118019-97**
**RE: M/T Fairchem Mustang– invoice 2007-102 – voy 41**