

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KOLMAR GROUP AG,

        Plaintiff,

- against -

TRAXPO ENTERPRISES PRIVATE
LIMITED a/k/a TRAXPO ENTERPRISES
PVT LTD.,

        Defendant.
------------------------------------------------------------X

07 CV 10343

ECF CASE

## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents or U.S. companies that hold 10% or more of its stock: None.

Dated: November 15, 2007

                                  The Plaintiff,
                                  KOLMAR GROUP AG

By: _____
Patrick F. Lennon (PL-2162)
Kevin J. Lennon (KL-5072)
Charles E. Murphy (CM-2125)
LENNON, MURPHY & LENNON LLC
The GrayBar Building
420 Lexington Avenue, Suite 300
New York, NY 10170
(212) 490-6050 - phone
(212) 490-6070 - facsimile
pfl@lenmur.com
kjl@lenmur.com
cem@lenmur.com