```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
Kolmar AG,

                Plaintiff,

   -against-                                   07-CV-10343 (LAK)

Taxpro enterprises Private Ltd.,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
HON. LEWIS A KAPLAN:

## ORDER

    Having held a pretrial conference with plaintiff's counsel on January 18, 2008, it is hereby,

    ORDERED that the Clerk of Court shall place this case on my suspense docket.

SO ORDERED.

                                                    /s/ Lewis A. Kaplan
                                         UNITED STATES DISTRICT JUDGE

Dated:       New York, N.Y.
               January 23, 2008